E-FILED 05/06/13

CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TYRONE G. MALHIOT; and TYRONE G. MALHIOT, as executor of ESTATE OF GEORGE J. MALHIOT,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Home Mortgage, N.A., f/k/a WACHOVIA MORTGAGE, FSB f/k/a WORLD SAVINGS BANK, FSB; NDEX WEST, LLC, a Delaware Corporation; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this Complaint adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.:  CV 12-9400 PSG (PLAx)<br><br>[~~PROPOSE~~D] JUDGMENT OF DISMISSAL<br><br>[*Assigned to the Hon. Philip S. Guiterrez*] |

On April 30, 2013, this Court entered an Order granting the motion of defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly

1 known as World Savings Bank, FSB ("Wells Fargo"), to dismiss plaintiff's first
2 amended complaint as to all causes of action, pursuant to Rule 12(b)(6) of the
3 Federal Rules of Civil Procedure. Accordingly:
4     IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
5     1.    This action is dismissed with prejudice.
6     2.    Plaintiff Tyrone G. Malhiot and Tyrone G. Malhiot, as executor of
7            Estate of George J. Malhiot will take nothing from defendant Wells
8            Fargo in this action; and
9     3.    As the prevailing party, defendant Wells Fargo may submit an
10           application to tax costs and a motion to recover reasonable attorneys'
11           fees.
12
13
14 Dated: __5/6_____, 2013     **PHILIP S. GUTIERREZ**
15                                    HONORABLE PHILIP S. GUITERREZ
                                   U.S. DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED JUDGMENT OF DISMISSAL]**

on the interested parties in said case as follows:

**SEE** ATTACHED **SERVICE LIST**

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

| **Served By Means Other than Electronically Via the Court's CM/ECF System** | **Served Electronically Via the Court's CM/ECF System** |
|---|---|
| *Attorneys for* | *Attorneys for* |
| _____ | _____ |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on May 1, 2013.

| Michael Kaplan | */s/ Michael Kaplan* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |